# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KHAJA M. M. KHADER,<br><br>             Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., et al.,<br><br>             Defendants. | Case No. 1:21-CV-04632<br><br>Honorable Gary S. Feinerman<br>Hon. Mag. Judge Heather K. McShain |

**MICROSOFT CORPORATION'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT AND L.R. 3.2 NOTIFICATION AS TO AFFILIATES**

Pursuant to Fed. R. Civ. P. 7.1 and Northern District of Illinois Local Rule 3.2, Defendant Microsoft Corporation discloses the following:

1) Microsoft Corporation is a publicly-held corporation and has no parent corporation.

2) Based on Schedule 14A filed with the U.S. Securities and Exchange Commission, as of September 30, 2021, The Vanguard Group, Inc. and BlackRock, Inc. own more than 5% of Microsoft Common Stock.

MICROSOFT CORPORATION

By: /s Kathleen A. Stetsko
One of Its Attorneys

Kathleen A. Stetsko
**PERKINS COIE LLP**
110 North Wacker Drive, Suite 3400
Chicago, IL 60606-1511
Telephone: 312.324.8400
Fax: 312.324.9400
Email: KStetsko@perkinscoie.com

Mack H. Shultz
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Fax: 206.359.9000
Email: MShultz@perkinscoie.com

154594608.1